UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYRONE ROGERS AND TINA M. ROGERS )<br>    Plaintiff                           )<br>                                         )<br>v.                                           )<br>                                       )<br>BARBERINO BROTHERS, INC.          )<br>    Defendant                        )<br>_____) | CIVIL ACTION NO.<br>3:17-CV-01584 (AWT)<br><br><br><br><br><br>JULY 9, 2018 |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Tyrone Rogers and Tina Rogers, through their attorney, and the defendant, Barberino Brothers, Inc., through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

                                          PLAINTIFFS, TYRONE ROGERS AND TINA ROGERS

                                          By: /s/ *Daniel S. Blinn*
                                               Daniel S. Blinn (ct02188)
                                               Consumer Law Group, LLC
                                               35 Cold Spring Rd. Suite 512
                                               Rocky Hill, CT  06067
                                               Tel. (860) 571-0408; Fax. (860) 571-7457
                                               dblinn@consumerlawgroup.com

DEFENDANT, BARBERINO BROTHERS, INC.

By: /s/     *Charles E. Vermette, Jr.*
Charles E. Vermette, Jr. (ct07434)
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
Tel:  (860) 413-2800; Fax: (860) 413-2801
vermette@litchfieldcavo.com

CERTIFICATION

I hereby certify that on this 9th day of July 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
Daniel S. Blinn